IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

ANNE PATRICIA MULLIGAN,

          Plaintiff,

vs.

APD, *et al.,*

          Defendants.

Case No. 3:19-cv-00119-RRB

## ORDER OF DISMISSAL

Anne Patricia Mulligan, representing herself, filed a Civil Rights Complaint under 42 U.S.C. § 1983, and an Application to Waive Prepayment of the Filing Fee under 28 U.S.C. § 1915.[1] The Court reviewed the Complaint,[2] explained the deficiencies to Ms. Mulligan, and issued a Screening Order permitting her to file an Order to Show Cause on or before July 22, 2019.[3]

Despite being warned that the Court would dismiss her case unless she fully complied with the Order,[4] Ms. Mulligan has filed nothing further in this case.

**IT IS THEREFORE ORDERED**:

1. This case is DISMISSED, without prejudice.

---

[1] Dockets 1, 3.

[2] *See* 1915(e)(2)(B).

[3] Docket 8 at 10.

[4] *Id.*

2. Any outstanding motions are DENIED.

3. The Clerk of Court is directed to enter a Judgment in this case.

DATED at Anchorage, Alaska, this 25th day of July, 2019.

<u>*/s/ Ralph R. Beistline*</u><br>Senior United States District Judge

3:19-cv-00119-RRB, *Mulligan v. APD, et al.*
Order of Dismissal
Page 2 of 2

Case 3:19-cv-00119-RRB   Document 9   Filed 07/25/19   Page 2 of 2